# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Sahlberg Farms LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Bell Bank,<br><br>Defendant. | Case No. 20-cv-00871-PJS-LIB<br><br>**DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Defendant Bell Bank hereby moves this Court for an Order granting judgment on the pleadings and dismissing the Complaint.

The grounds for Bell Bank's motion for judgment on the pleadings are that (1) this Court lacks subject matter jurisdiction and (2) the Complaint fails to state a claim upon which relief can be granted.

Bell Bank's motion for judgment on the pleadings is supported by a Memorandum of Law, Declaration and Proposed Order submitted contemporaneously herewith.

Dated: July 6, 2020          **TAFT STETTINIUS & HOLLISTER LLP**

By: */s/ Jason R. Asmus*
    Jason R. Asmus (#0319405)
    Jeremy D. Schildcrout (#0399926)
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2157
Telephone: (612) 977-8400
Fax: (612) 977-8650
Email: jasmus@taftlaw.com
       jschildcrout@taftlaw.com

12681502v1