# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SAHLBERG FARMS LLC, on behalf of itself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>BELL BANK,<br><br>　　　　　　　Defendant. | Civil No. 0:20-cv-00871-PJS-LIB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

　　　　Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Sahlberg Farms LLC ("Plaintiff") hereby dismisses all of its claims in this action without prejudice.

Dated:  July 27, 2020　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Sophia Gold
　　　　　　　　　　　　　　　　　　　Sophia Gold (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　Jeffrey D. Kaliel (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　**KALIEL PLLC**
　　　　　　　　　　　　　　　　　　　1875 Connecticut Ave., NW, 10th Floor
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20009
　　　　　　　　　　　　　　　　　　　(202) 350-4783
　　　　　　　　　　　　　　　　　　　jkaliel@kalielpllc.com
　　　　　　　　　　　　　　　　　　　sgold@kalielpllc.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*