## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Sahlberg Farms LLC, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>Bell Bank,<br><br>        Defendant. | Case No. 20-cv-00871-PJS-LIB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated and agreed, by and between Plaintiff Sahlberg Farms LLC and Defendant Bell Bank, through their undersigned counsel, that this action, including all claims and defenses that were or could have been raised herein, shall be dismissed with prejudice and on the merits, with each party bearing its respective costs, expenses and attorneys' fees.

Dated: July 29, 2020                **JOHNSON BECKER PLLC**

By: *s/ Timothy J. Becker*
Timothy J. Becker (MN Bar No. 0256663)
Jennell K. Shannon (MN Bar No. 0398672)
Jacob R. Rusch (MN Bar No. 0391862)
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(612) 436-1800 (phone)
(612) 436-4801 (fax)
tbecker@johnsonbecker.com
jshannon@johnsonbecker.com
jrusch@johnsonbecker.com

Jeffrey D. Kaliel (*pro hac vice*)
Sophia Gold (*pro hac vice*)
KALIEL PLLC
1875 Connecticut Ave., NW, 10thFloor
Washington, D.C. 20009
(202) 350-4783
jkaliel@kalielpllc.com
sgold@kalielpllc.com

Jeff Ostrow (*pro hac vice* to be filed)
Jonathan M. Streisfeld (*pro hac vice* to be filed)
Daniel Tropin (*pro hac vice* to be filed)
KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT
One W. Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301

**ATTORNEYS FOR PLAINTIFF SAHLBERG FARMS LLC**

-3-

Dated:  July 29, 2020	TAFT STETTINIUS & HOLLISTER LLP

By: *s/ Jason R. Asmus*
     Jason R. Asmus (#0319405)
     Jeremy D. Schildcrout (#0399926)
2200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota  55402
Telephone: (612) 977-8400
Facsimile: (612) 977-8650
Email: jasmus@taftlaw.com
Email: jschildcrout@taftlaw.com

**ATTORNEYS FOR DEFENDANT BELL BANK**

12726498v1